SCOTT J. SAGARIA, ESQ. (BAR # 217981)
SAGARIA LAW, P.C.
333 WEST SAN CARLOS STREET
SUITE 1700
SAN JOSE, CA 95110
408-279-2288
408-279-2299 fax

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Carlos M Hernandez,<br><br>Debtor(s). | Case No. 09-52954<br><br>Chapter 13<br><br>**NOTICE OF VOLUNTARY CONVERSION FROM CH. 13 TO CH. 7** |

Pursuant to 11 U.S.C. § 1307 (a), the above-named Debtors request that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **April 21, 2009** the above-named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code

Dated: November 10, 2009

*/s/Carlos M Hernandez*
Carlos M Hernandez, Debtor

Dated: November 10, 2009

*/s/Scott J. Sagaria*
Scott J. Sagaria, Attorney for Debtor(s)



Case: 09-52954 Doc# 29 Filed: 11/10/09 Entered: 11/10/09 10:24:07 Page 1 of 1